# U.S. District Court
# Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:23–cv–04035–JPB

Reid v. Bartholomew et al  
Assigned to: Judge J. P. Boulee  
Cause: 42:1983 Civil Rights Act  

Date Filed: 09/08/2023  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Randal Quran Reid**     represented by     **Gary Bernard Andrews**  
The Cochran Firm – Atlanta  
Suite 2600/ The Equitable Building  
100 Peachtree Street SW  
Atlanta, GA 30303  
404–222–9922  
Fax: 404–222–0170  
Email: gandrews@cochranfirmatl.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Samuel L. Starks**  
Starks Law Firm  
951 Glenwood Ave SE  
Suite 2904  
Atlanta, GA 30316  
404–222–9922  
Fax: 404–222–0170  
Email: sstarks@cochranfirmatl.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Shean DeCarlos Williams**  
The Cochran Firm – Atlanta  
Suite 2600/ The Equitable Building  
100 Peachtree Street SW  
Atlanta, GA 30303  
404–222–9922  
Fax: 404–222–0170  
Email: swilliams@cochranfirmatl.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Andrew Bartholomew**  
*in his Individual Capacity as a Deputy of the*  
*Jefferson Parish Sheriff's Office*  

represented by     **Thomas Edward Lavender , III**  
Lavender Hoffman Emery, LLC  
750 Hammond Drive  
Building 2  
Suite 200

Atlanta, GA 30328
404−600−1374
Fax: 404−600−1374
Email: tlavender@lhefirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Joseph P. Lopinto, III** | represented by | **Thomas Edward Lavender , III** |
| *in his Individual and Official Capacity as* | | (See above for address) |
| *Sheriff of the Jefferson Parish Sheriffs Office* | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2023 | Ï 1 | COMPLAINT with Jury Demand filed by Randal Quran Reid. (Filing fee $402, receipt number AGANDC−12872961) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Civil Cover Sheet) (pdt) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 09/13/2023) |
| 09/11/2023 | Ï 2 | Electronic Summons Issued as to Andrew Bartholomew. (pdt) (Entered: 09/13/2023) |
| 09/11/2023 | Ï 3 | Electronic Summons Issued as to Joseph P. Lopinto, III. (pdt) (Entered: 09/13/2023) |
| 09/13/2023 | Ï 4 | NOTICE Of Filing the correct #19 Exhibit by Randal Quran Reid re 1 Complaint,,, (Attachments: # 1 Exhibit 19)(Starks, Samuel) (Entered: 09/13/2023) |
| 09/19/2023 | Ï 5 | Return of Service Executed by Randal Quran Reid. Randal Quran Reid served on 9/14/2023, answer due 10/5/2023. (Starks, Samuel) (Entered: 09/19/2023) |
| 09/20/2023 | Ï 6 | STANDING ORDER. Signed by Judge J. P. Boulee on 9/20/2023. (jkl) (Entered: 09/20/2023) |
| 09/21/2023 | Ï 7 | Return of Service Executed by Randal Quran Reid. Andrew Bartholomew served on 9/20/2023, answer due 10/11/2023. (Starks, Samuel) (Entered: 09/21/2023) |
| 10/17/2023 | Ï 8 | MOTION to Dismiss with Brief In Support by Andrew Bartholomew, Joseph P. Lopinto, III. (Attachments: # 1 Brief in Support of Motion to Dismiss)(Lavender, Thomas) (Entered: 10/17/2023) |
| 10/31/2023 | Ï 9 | RESPONSE re 8 MOTION to Dismiss *Pursuant to Fed. R. CIV.P. 12(b)(2) for Lack of Personal Jurisdiction* filed by Randal Quran Reid. (Starks, Samuel) (Entered: 10/31/2023) |
| 10/31/2023 | Ï 10 | MOTION for Default Judgment as to Andrew Bartholomew and Joseph P. Lopinto III by Randal Quran Reid. (Starks, Samuel) (Entered: 10/31/2023) |
| 11/02/2023 | Ï 11 | RESPONSE in Opposition re 10 MOTION for Default Judgment as to Andrew Bartholomew and Joseph P. Lopinto III filed by Andrew Bartholomew, Joseph P. Lopinto, III. (Lavender, Thomas) (Entered: 11/02/2023) |
| 11/15/2023 | Ï 12 | REPLY to Response to Motion re 10 MOTION for Default Judgment as to Andrew Bartholomew and Joseph P. Lopinto III filed by Randal Quran Reid. (Attachments: # 1 Exhibit 1)(Starks, Samuel) (Entered: 11/15/2023) |

| | | |
|---|---|---|
| 11/16/2023 | ï | Submission of 8 MOTION to Dismiss, 10 MOTION for Default Judgment as to Andrew Bartholomew and Joseph P. Lopinto III to District Judge J. P. Boulee. (jkl) (Entered: 11/16/2023) |
| 11/16/2023 | ï 13 | MOTION for Extension of Time to File Answer with Brief In Support by Andrew Bartholomew, Joseph P. Lopinto, III. (Attachments: # 1 Brief in Support of Motion for Extension of Time to File Responsive Pleading)(Lavender, Thomas) (Entered: 11/16/2023) |
| 11/29/2023 | ï 14 | RESPONSE re 13 MOTION for Extension of Time to File Answer filed by Randal Quran Reid. (Starks, Samuel) (Entered: 11/29/2023) |
| 12/18/2023 | ï | Submission of 13 MOTION for Extension of Time to File Answer to District Judge J. P. Boulee. (bgt) (Entered: 12/18/2023) |
| 08/13/2024 | ï 15 | ORDER. Plaintiff's Motion Default Judgment 10 is DENIED, and Defendants' Motion for Extension of Time to File Responsive Pleading 13 is GRANTED insofar as Defendant's Motion to Dismiss will be considered as if it had been timely filed. Further, the parties are ORDERED TO SHOW CAUSE why, in the event that the Court finds that it lacks personal jurisdiction over Defendants, this matter should not be transferred to another district where the case could have been brought. Plaintiff and Defendants are directed to submit briefing on the issue of transfer no later than fourteen (14) days from the date of entry of this Order. The Court will resolve Defendants' Motion to Dismiss after receiving the parties' supplemental briefing regarding the issue of transfer. Accordingly, the Clerk is DIRECTED to TERMINATE Defendants' Motion to Dismiss 8 and resubmit it upon receipt of the parties' supplemental briefing on the issue of transfer, or upon expiration of the time period contemplated by this Order. Signed by Judge J. P. Boulee on 08/13/2024. (bmr) (Entered: 08/14/2024) |
| 08/15/2024 | ï 16 | ORDER: The parties are HEREBY ORDERED to file the Joint Preliminary Report and Discovery Plan no later than August 23, 2024. The parties are notified that a failure to comply with this Order may result in sanctions, including dismissal. In the event a Joint Preliminary Report and Discovery Plan is not filed, the Clerk is DIRECTED to submit the case at the expiration of the applicable time period. Signed by Judge J. P. Boulee on 8/15/2024. (gww) (Entered: 08/15/2024) |
| 08/23/2024 | ï 17 | JOINT PRELIMINARY REPORT AND DISCOVERY PLAN filed by Randal Quran Reid. (Starks, Samuel) (Entered: 08/23/2024) |
| 08/26/2024 | ï 18 | SCHEDULING ORDER: re: 17 Joint Preliminary Report and Discovery Plan. Case is assigned to a six−month discovery period. Dispositive motions shall be filed no later than thirty days following the close of discovery. Signed by Judge J. P. Boulee on 8/26/2024. (gww) (Entered: 08/26/2024) |
| 08/27/2024 | ï 19 | RESPONSE re 8 MOTION to Dismiss *Supplemental Response Pursuant to Fed.R.CIV.P.12(b)(2) For Lack of Personal Jurisdiction* filed by Randal Quran Reid. (Starks, Samuel) (Entered: 08/27/2024) |
| 08/28/2024 | ï 20 | RESPONSE in Support re 8 MOTION to Dismiss − *Court Ordered Memorandum on the Issue of Venue Transfer* filed by Andrew Bartholomew, Joseph P. Lopinto, III. (Lavender, Thomas) (Entered: 08/28/2024) |
| 08/28/2024 | ï | Submission of 8 MOTION to Dismiss to District Judge J. P. Boulee. (jkl) (Entered: 08/28/2024) |
| 11/12/2024 | ï 21 | STATUS REPORT *Consolidated Joint Discovery Statement* by Randal Quran Reid. (Attachments: # 1 Exhibit 1)(Starks, Samuel) (Entered: 11/12/2024) |
| 11/12/2024 | ï | ORDER: This matter is before the Court on the parties Consolidated Joint Discovery Statement Doc. 21 . As stated in the Scheduling Order and as provided by the Local Rules of this Court, the discovery period commences thirty days after the appearance of the first defendant by answer to the complaint. In this case, Defendants have not yet answered. Instead, they filed a Motion to Dismiss. Accordingly, discovery has not yet opened. Signed by Judge J. P. Boulee on 11/12/2024. (gww) |

| | | |
|---|---|---|
| | | (Entered: 11/12/2024) |
| 12/10/2024 | 22 | ORDER denying as moot 8 Motion to Dismiss. The Clerk is DIRECTED to TRANSFER this action to the Eastern District of Louisiana and CLOSE this case. Signed by Judge J. P. Boulee on 12/10/2024. (gww) (Entered: 12/10/2024) |