UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RANDAL QURAN REID                                    CIVIL ACTION

VERSUS                                               NO. 24-02844

ANDREW BARTHOLOMEW, et al.                           SECTION "E"(4)

## ORDER

Considering the foregoing Motion to Substitute and Enroll as Counsel of Record;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Thomas E. Lavender, III is **WITHDRAWN** as counsel of record for Defendants, Sheriff Joseph P. Lopinto, III and Andrew Bartholomew.

**IT IS FURTHER ORDERED** that Daniel R. Martiny (No. 9012), Franz L. Zibilich (No. 14914), Jeffrey D. Martiny (No. 35012), and James B. Mullaly (No. 28296) are hereby **ENROLLED** as counsel of record for Defendants in the above-captioned matter.

**New Orleans, Louisiana, this 6th day of January, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**