UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDAL QURAN REID**, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO:** |
| ) | **2:24-cv-02844-SM-KWR** |
| v. ) | **SECTION: E** |
| ) | |
| **ANDREW BARTHOLOMEW**, in his ) | |
| Individual Capacity as a Deputy of the ) | |
| Jefferson Parish Sheriff's Office, and ) | |
| **JOSEPH P. LOPINTO III**, in his ) | *Judge Susie Morgan* |
| Individual and Official Capacity ) | *DISTRICT JUDGE* |
| as Sheriff of the Jefferson Parish ) | |
| Sheriff's Office, ) | |
| ) | *Judge Karen Wells Roby* |
| Defendants. ) | *MAGISTRATE JUDGE* |
| ) | |

## DISMISSAL WITH PREJUDICE

**COMES NOW**, Plaintiff Randal Quran Reid, by and through undersigned counsel, and move pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i) To Dismiss This Action With Prejudice.

WHEREFORE, the undersigned Plaintiff now move the Court to Dismiss the Complaint without prejudice.

Respectfully submitted, this 13th day of June, 2025.

                              **THE COCHRAN FIRM – ATLATNA**

                              */s/ Shean Williams*
                              Shean D. Williams, Esq.
                              Georgia Bar No. 764139
                              Samuel L. Starks, Esq.
                              Georgia Bar No. 676515
                              Gary B. Andrews, Esq.
                              Georgia Bar No. 019299
                              *Attorneys for Plaintiff*

100 Peachtree Street NW
Suite 2600
Atlanta, Georgia 30303
Tel: (404) 222-9922
Fax: (404) 222-0170
swilliams@cochranfirmatl.com
sstarks@cochranfirmatl.com
gandrews@cochranfirmatl.com

                     **JAMES J. CARTER & ASSOCIATES, LLC**

                              */s/ James J. Carter*
                              James J. Carter, Esq.
                              Louisiana Bar No.: 26841
                              *Attorney for Plaintiff*

1100 Poydras Street, Suite 1475
New Orleans, Louisiana 70163
jcarter@jamescarterlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RANDAL QURAN REID**, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE NO:** |
| ) | **2:24-cv-02844-SM-KWR** |
| v. ) | **SECTION: E** |
| ) | |
| **ANDREW BARTHOLOMEW**, in his ) | |
| Individual Capacity as a Deputy of the ) | |
| Jefferson Parish Sheriff's Office, and ) | |
| **JOSEPH P. LOPINTO III**, in his ) | *Judge Susie Morgan* |
| Individual and Official Capacity ) | **DISTRICT JUDGE** |
| as Sheriff of the Jefferson Parish ) | |
| Sheriff's Office, ) | |
| ) | *Judge Karen Wells Roby* |
| Defendants. ) | **MAGISTRATE JUDGE** |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing ***Dismissal With Prejudice*** has been forwarded to all counsel of record via electronic filing this 13th day of June, 2025.

                                    **THE COCHRAN FIRM – ATLANTA**

                                    /s/ Samuel L. Starks
                                    Samuel L. Starks, Esq.
                                    Georgia Bar No. 676515

                                    *Attorney for Plaintiff*

100 Peachtree Street, NW, Suite 2600
Atlanta, Georgia 30303
Telephone: (404) 222-9922
Fax: (404) 222-0170
sstarks@cochranfirmatl.com